ALI R. IQBAL, ESQ.
Nevada State Bar 15056
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
**PYATT SILVESTRI**
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, NV 89128
Tel: (702) 383-6000
Fax: (702) 477-0088
aiqbal@pyattsilvestri.com
jsilvestri@pyattsilvestri.com

*Attorneys for Defendant/Counterclaimant*
*American National Property and Casualty Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD AARON SCHAVE, as individual and executor and sole beneficiary of the Humphrey Estate,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.:  2:26-cv-01238-ART-BNW<br><br>**JOINT DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SUBMITTED IN COMPLIANCE WITH LR 26-1(b)** |
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Counter-Claimant,<br><br>vs.<br><br>RONALD AARON SCHAVE, as individual and executor and sole beneficiary of the Humphrey Estate,<br><br>Counter-Defendant. | |

Pyatt Silvestri
7670 W. Lake Mead Blvd.
Suite 250
Las Vegas, NV 89128
(702) 383-6000

Page 1 of 5

Date of Conference:  **June 26, 2026**

A.    Meeting.  Pursuant to Fed. R.Civ.P. 26(f) and LR 26-1(a), a meeting was held on **JUNE 26, 2026**, and was attended by:

Ali R. Iqbal, Esq., for the Defendant, AMERICAN NATIONAL PROPERTY AND CASUALTY CO., and John P. Aldrich, Esq., for the Plaintiff, RONALD AARON SCHAVE.

B.    Initial Disclosures.  The parties will make initial disclosures no later than **JULY 27, 2026**. The Reason for the later disclosures is to accommodate the parties' timelines and review of files before disclosure.

C.    Discovery Plan.  The parties jointly propose to the Court the following discovery plan:

1.    Subjects of Discovery.  Discovery will be needed on the following subjects:

a.    Whether ANPAC has any obligations under the ANPAC Policy for the claims alleged in Plaintiff's Amended Complaint, including the interpretation and application of the Policy's terms, conditions, exclusions, alleged material misrepresentations, residency and occupancy issues, post-loss duties, claim handling, Plaintiff's alleged damages, and ANPAC's Counterclaim for Declaratory Relief.

b.    All discovery permitted by the Federal Rules of Civil Procedure, including Fed. R. Civ. P. 26.

2.    Discovery Cut-Off Date(s). Defendant filed its Answer to Plaintiff's Amended Complaint and Counterclaim for Declaratory Relief on April 21, 2026. Counterdefendant filed its Answer to Counterclaim on May 12, 2026.  The discovery period shall be twelve (12) months from the date of the discovery conference. The discovery cut-off shall be **JUNE 28, 2027**, or the next judicial day if that date falls on a weekend or holiday

Pursuant to **LR 26-1(b)**, the parties request a special scheduling review. The parties currently have a mediation scheduled for **August 27, 2026**, and the parties hope to resolve the matter without engaging in comprehensive discovery beforehand.

Pyatt Silvestri
7670 W. Lake Mead
Blvd.
Suite 250
Las Vegas, NV 89128
(702) 383-6000

Page 2 of 5

3.    Amending the Pleadings and Adding Parties: The last date for filing motions to amend the pleading or to add parties shall not be later than 90 days prior to the close of discovery. In this action, the last date for filing motions to amend the pleadings or add parties shall be **March 29, 2027**.

4.    FRCP 26(a)(2) Disclosures (Experts): The last date for initial disclosure of expert witnesses shall be 60 days before the close of discovery date. In this action, the last date for disclosure of experts shall be **APRIL 29, 2027**. The Rebuttal expert disclosures shall be made 30 days after the initial disclosure of experts, i.e., **MAY 31, 2027.**[1]

5.    Dispositive Motions: The last date for filing dispositive motions shall not be later than 30 days after the discovery cut-off date. in this action, the last date for filing dispositive motions will be **JULY 28, 2027.**

6.    Pretrial Order: The joint pretrial order shall be filed no later than 30 days after the date set for filing dispositive motions. in this action, the joint pretrial order shall be filed on or before **AUGUST 27, 2027.**[2]  If dispositive motions are filed the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

7.    FRCP 26(A)(3) Disclosures: The disclosures required by FRCP 26(a)(3) shall be made no later than fourteen (14) days before the deadline for the joint pretrial order.[3]

8.    The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation and have scheduled a private mediation for August 27, 2026.

---

[1] The original date falls on a Saturday.
[2] The actual deadline falls on a Sunday, February 28, 2027.
[3] LR 26-1(6) provides that "the disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections to them must be included in the joint pretrial order."  By making this deadline 14 days before the deadline for filing the joint pretrial order, the parties will have time to include their objections to these disclosures within the joint pretrial order.

Pyatt Silvestri
7670 W. Lake Mead
Blvd.
Suite 250
Las Vegas, NV 89128
(702) 383-6000

9.    The parties do not consent to trial by a magistrate judge under 28 U.S.C. §636(c) and Fed. R. Civ. P. 73 or the use of the Short Trial Program (General Order 2013-01);

10.    The parties do not intend to present evidence in electronic format to jurors for the purposes of jury deliberations.

RESPECTFULLY SUBMITTED this 26th day of June 2026.

**PYATT SILVESTRI**                                    **ALDRICH LAW FIRM, LTD.**


/s/ *Ali R. Iqbal*                                          /s/ *John P. Aldrich*
ALI R. IQBAL, ESQ.                                   John P. Aldrich, Esq.
Nevada Bar No.: 15056                            Nevada Bar No. 6877
JAMES P. C. SILVESTRI, ESQ.                Christopher A. Elsee, Esq.
Nevada Bar No. 3603                               Nevada Bar No. 13333
7670 W. Lake Mead Blvd., Suite 250        7866 West Sahara Avenue
Las Vegas, NV 89128                              Las Vegas, Nevada 89117
*Attorney for Defendant/Counterclaimant*   Telephone: (702) 853-5490
*American National Property and Casualty*   Facsimile: (702) 227-1975
*Company*                                               *Attorneys for Plaintiff/Counter Defendant*

Pyatt Silvestri
7670 W. Lake Mead
Blvd.
Suite 250
Las Vegas, NV 89128
(702) 383-6000

Page 4 of 5

**ATTESTATION OF CONCURRENCE IN FILING**

I hereby attest and certify that on, June 26, 2026, I received concurrence from Plaintiff's counsel, John P. Aldrich, Esq to file this document with his electronic signature attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 26th 2026.

/s/ *Ali R Iqbal*
ALI R. IQBAL, ESQ.
Nevada Bar No. 15056

**ORDER**

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED:   June 29, 2026

Pyatt Silvestri
7670 W. Lake Mead
Blvd.
Suite 250
Las Vegas, NV 89128
(702) 383-6000

## Jennifer Garcia

| | |
|---|---|
| **From:** | John Aldrich <jaldrich@johnaldrichlawfirm.com> |
| **Sent:** | Friday, June 26, 2026 12:31 PM |
| **To:** | Ali Iqbal |
| **Cc:** | Traci Bixenmann; Christopher Elsee; Jennifer Garcia |
| **Subject:** | RE: 22.12.06 Joint Status Report regarding Removal [11]_FILED |

Caution! This message was sent from outside your organization.    Allow sender | Block sender

Ali,

Nice to talk to you.  You may affix my e-signature to the discovery plan.

Have a good weekend.


John P. Aldrich, Esq.
**ALDRICH LAW FIRM, LTD.**
7866 West Sahara Avenue
Las Vegas, Nevada 89117
jaldrich@johnaldrichlawfirm.com
Tel (702) 853-5490
Fax (702) 227-1975
Visit us online at http://www.johnaldrichlawfirm.com

The information contained in this transmission may contain privileged and confidential information.   It is intended only for the use of the person(s) named above.  If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited.  If you are not the intended recipient, please contact the sender immediately and destroy all copies of the original message.

If you are a client or work for a client of Aldrich Law Firm, or have consulted with the law firm for potential representation, this e-mail is protected by the attorney-client privilege and the work product doctrine.  This e-mail is not intended for release to opposing parties, opposing counsel or any other third person or entity.  Caution should be used when forwarding this e-mail to others as the privilege may be lost.  Copies of this e-mail should not be kept in your regular files.  If you print a copy of this e-mail, place it in a separate file labeled "Attorney-Client Privilege."  DO NOT PRODUCE A COPY OF THIS E-MAIL IN DISCOVERY.

**From:** Ali Iqbal <aiqbal@pyattsilvestri.com>
**Sent:** Friday, June 26, 2026 12:24 PM
**To:** John Aldrich <jaldrich@johnaldrichlawfirm.com>
**Cc:** Traci Bixenmann <traci@johnaldrichlawfirm.com>; Christopher Elsee <celsee@johnaldrichlawfirm.com>; Jennifer Garcia <jgarcia@pyattsilvestri.com>
**Subject:** RE: 22.12.06 Joint Status Report regarding Removal [11]_FILED

John, thanks for speaking with me.

attached are accepted changes, please confirm that we can affix your e-signature to the proposed discovery plan.

Best,

Ali R. Iqbal, Esq.

1